```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  MAR - 9 2012

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SOTO LORENZANA,<br><br>    Petitioner,<br><br>v.<br><br>T.E. BUSBY, WARDEN,<br><br>    Respondent. | No. CV 11-6734 GHK (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge, *except that the reference at II (D.) at page 7 of the R&R should be to 28 USC § 2244(d)(1)(B), not 42 USC § 2244(d)(1)(B).*

IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice as time-barred.

DATED: 3/9/12

_____
GEORGE H. KING
United States District Judge