FILED
CLERK, U.S. DISTRICT COURT

MAR - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SOTO LORENZANA, | No. CV 11-6734 GHK (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| T.E. BUSBY, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: 3/9/12

GEORGE H. KING
United States District Judge